5-24-0846 People v. Andrew McGraw Appellant, Attorney Andrew Moore Appellate, Attorney Patrick Daly